1 ASCENSION LAW GROUP
PAMELA TSAO( 266734)
2 17802 Irvine Blvd.
Suite 117
3 Tustin, CA 92780
PH: 714.783.4220
4 FAX: 888.505.1033
Pamela.Tsao@ascensionlawgroup.com
5
Attorneys for Plaintiff  JOHN HO
6

7

8 **UNITED STATES DISTRICT COURT**

9 **CENTRAL DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| 11  JOHN HO, an individual | ) Case No.:  8:17-cv-02207-DOC-KES |
| 12              Plaintiff, | ) **NOTICE OF CONDITIONAL** |
| 13          vs. | ) **SETTLEMENT** |
| 14  NABIL JARJOUR, an individual; and AGARID JARJOUR, an individual, | ) |
| 15 | ) [Hon. David O. Carter *presiding*] |
| 16              Defendants. | ) |

**TO THE COURT AND ALL PARTIES TO THIS ACTION:**

In accordance with Local Rule 40-2, Plaintiff hereby submits the Notice of Settlement to notify the Court that the above entitled action has been settled. Plaintiff will file a dismissal within 60 days. The court shall retain jurisdiction over the parties to enforce the terms of the settlement.

DATE: August 1, 2018

ASCENSION LAW GROUP, PC

_____/s/ Pamela Tsao_____

Pamela Tsao, attorney for Plaintiff

John Ho